WR-83,814-01
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 9/3/2015 1:14:29 PM
Accepted 9/3/2015 1:43:49 PM
ABEL ACOSTA
CLERK

**IN THE COURT OF CRIMINAL APPEALS**
**FOR THE STATE OF TEXAS**
**AUSTIN, TEXAS**

RECEIVED
COURT OF CRIMINAL APPEALS
9/3/2015
ABEL ACOSTA, CLERK

| | | |
|---|---|---|
| **EX PARTE** | § | |
| | § | |
| | § | **NO. WR-83,814-01** |
| | § | |
| **ANTHONY TYRONE JOHNSON** | § | |

**APPLICANT'S MOTION TO WITHDRAW**
**APPLICATION FOR WRIT OF HABEAS CORPUS**

**TO THE HONORABLE JUDGES OF SAID COURT:**

**NOW COMES**, the Applicant, ANTHONY TYRONE JOHNSON, and submits this Motion to Withdraw Application for Writ of Habeas Corpus. Applicant has decided not to pursue this writ application.

Respectfully submitted,

        /s/ Gary A. Udashen

GARY A. UDASHEN
Bar Card No. 20369590

SORRELS UDASHEN & ANTON
2311 Cedar Springs Road
Suite 250
Dallas, Texas 75201
214/468-8100
214/468-8104 fax

Attorney for Applicant

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of September, 2015, a true and correct copy of the above and foregoing Applicant's Motion to Withdraw Application for Writ of Habeas Corpus were electronically delivered to the Dallas County District Attorney's Office.

/s/ Gary A. Udashen
GARY A. UDASHEN